# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY ROGERS

NO. 2019 KW 1018

AUG 13 2019

In Re:    Anthony Rogers, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 180,183.

BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.**

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT